1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12     **KENNETH ALLEN NEIGHBORS,**              No. CIV S-06-1611 DFL PAN P

13                              Plaintiff,

14              **v.**

15     **KEMP, et al.,**                         **ORDER GRANTING
                                                  DEFENDANTS' REQUEST FOR
                                                  AN EXTENSION OF TIME TO**
16                              Defendants.       **FILE A RESPONSIVE
                                                  PLEADING**

17        The court has considered defendants' request for extension of time and good cause

18 appearing, IT IS ORDERED that defendants shall have 30 days from the date of this order to file

19 a responsive pleading.

20 DATED: July 26, 2006.

21

22

23     UNITED STATES MAGISTRATE JUDGE

24

25     14
       neig1611.ext

26

27

28