| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH ALLEN NEIGHBORS,

        Plaintiff,                      No. CIV S-06-1611 RRB EFB P

       vs.

KEMP, et al.,

        Defendants.              FINDINGS AND RECOMMENDATIONS

                                /

       This civil rights action brought under 42 U.S.C. § 1983 was filed by a state prisoner proceeding without counsel and in forma pauperis. On April 30, 2007, defendants filed a statement of fact of death of plaintiff with proof of personal service on plaintiff's next known family member. Rule 25 of the Federal Rules of Civil Procedure provides that unless a motion for substitution is made "not later than 90 days after the death is suggested upon the record by service of a statement of the fact of the death, . . . the action shall be dismissed as to the deceased party." The 90-day period provided for in Rule 25 has expired and no notice of substitution has been filed.

       Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed and the Clerk of the Court be directed to close this case.

/////

1      These findings and recommendations are submitted to the United States District Judge
2  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
3  after being served with these findings and recommendations, any party may file written
4  objections with the court and serve a copy on all parties.  Such a document should be captioned
5  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
6  within the specified time may waive the right to appeal the District Court's order. *Turner v.*
7  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
8  Dated:  November 20, 2007.

                                    _____
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE