IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ALLEN NEIGHBORS,<br>       Plaintiff,<br>  vs.<br>KEMP, et al.,<br>       Defendants. | Case No. 2:06-cv-01611 JKS EFB P<br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On November 20, 2007, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.

      Specifically, the magistrate judge recommended dismissal pursuant to Fed. R. Civ. P. 25(a) because Plaintiff is now deceased. The Court has reviewed the file and concurs with the magistrate judge that Plaintiff's death coupled with the absence of a motion for substitution within 90 days requires dismissal of this action. *See* Fed. R. Civ. P. 25(a).

      Accordingly, **IT IS HEREBY ORDERED** that:

      1. The findings and recommendations filed November 20, 2007, are adopted in full;

      2. The findings and recommendations filed December 1, 2006, are vacated;

      2. This action is dismissed; and

      3. The Clerk shall enter judgment accordingly.

Dated this the 21st day of February 2008.

                                                           /s/ James K. Singleton, Jr.
                                                           **JAMES K. SINGLETON, JR.**
                                                           United States District Judge